■ In the Matter of ROBERT D., Appellant. [891 NYS2d 666]

In light of our determination on the related appeal from the order of disposition (*see Matter of Robert D.*, 69 AD3d 714 [2010] [decided herewith]), the appeal from the order dated May 30, 2008, has been rendered academic. Skelos, J.P., Covello, Leventhal and Roman, JJ., concur.

■ In the Matter of DAWN DELEVAN, Respondent, v SEAN DELEVAN, Appellant. [891 NYS2d 651]

The appeal by the father must be dismissed on the ground that he is not aggrieved by the order appealed from (*see* CPLR 5511). The father obtained all of the relief he sought in his motion, which was, inter alia, to vacate an order of the same court dated August 30, 2007, terminating his visitation, and to reinstate the provisions of a prior order of visitation dated June 19, 2007, awarding him supervised visitation (*see Parochial Bus Sys. v Board of Educ. of City of N.Y.*, 60 NY2d 539, 545 [1983]; *Parimist Funding Corp. v Suffolk Vascular Assoc., PLLC*, 62 AD3d 974, 975 [2009]; *Ell v S.E.T. Landscape Design*, 286 AD2d 414 [2001]). Skelos, J.P., Dickerson, Lott and Roman, JJ., concur.